UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN UNIVERSITY OF KUWAIT,<br><br>               Plaintiff,<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>               Defendant. | No. 1:20-cv-00851 (ACR) |

**JOINT STATUS REPORT**

Plaintiff American University of Kuwait ("AUK") and Defendant American University ("AU") (collectively, "the Parties"), through undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's January 8, 2024 order authorizing the Parties to "provide any mediation-related updates to the Court in the form of a joint status report," ECF No. 74, and the Court's standing order (ECF No. 57) which states that '[i]f the case settles, in whole or in part, plaintiff's counsel must promptly file a notice with the Court."

Following multiple meetings and communications between the Parties' principals, the Parties have substantially settled this case. Agreed-upon settlement terms are reflected in a binding term sheet signed by AU's President Sylvia Burwell on January 21, 2024, and by AUK's President Rawda Awwad on January 22, 2024, which provides for "any other terms [the parties] may agree upon."

On or before February 21, 2024, the Parties will memorialize the terms of settlement in a Confidential Settlement Agreement and will file a Joint Stipulation of Dismissal with Prejudice. In the meantime, the Parties respectfully request that the Court enter the attached proposed order staying this case through February 21.

1

Dated: January 23, 2024                      Respectfully submitted,

| | |
|---|---|
| /s/Robert D. Litowitz | /s/Robert W. Ludwig |
| Stephanie H. Bald, #493933 | Robert W. Ludwig, #362526 |
| stephanie.bald@kelly-ip.com | rludwig@ludwigrobinson.com |
| Robert D. Litowitz, #358658 | LUDWIG & ROBINSON, PLLC |
| rob.litowitz@kelly-ip.com | 5335 Wisconsin Ave. NW, Suite 440 |
| Saul Cohen, #1044818 | Washington, D.C. 20015 |
| saul.cohen@kelly-ip.com | Tel: (202) 289-1800 |
| Shelby A. McGowan, #90005205 | Fax: (202) 289-1804 |
| shelby.mcgowan@kelly-ip.com | |
| KELLY IP, LLP | Janice Housey, #458981 |
| 1300 19th Street, NW, Suite 420 | jhousey@litmuslaw.com |
| Washington, DC 20036 | LITMUS LAW PLLC |
| Tel. (202) 808-3570 | P.O. Box 777 |
| Fax. (202) 354-5232 | Berryville, VA 22611 |
| | Tel: (703) 957-5274 |
| *Attorneys for Defendant* | Fax: (540) 518-9037 |
| *American University* | |
| | *Attorneys for Plaintiff* |
| | *American University of Kuwait* |