UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN UNIVERSITY OF KUWAIT,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN UNIVERSITY,<br><br>*Defendant.* | Case No. 1:20-CV-00851-ACR |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American University of Kuwait and Defendant American University, by and through their respective counsel, hereby stipulate that the above-referenced case should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 20, 2024                                                    Respectfully submitted,

/s/ Robert D. Litowitz
Stephanie H. Bald, #493933
stephanie.bald@kelly-ip.com
Robert D. Litowitz, #358658
rob.litowitz@kelly-ip.com
Saul Cohen, #1044818
saul.cohen@kelly-ip.com
Shelby A. McGowan, #90005205
shelby.mcgowan@kelly-ip.com
KELLY IP, LLP
1300 19th Street, NW, Suite 420
Washington, DC 20036
Tel. (202) 808-3570
Fax. (202) 354-5232

*Attorneys for Defendant
American University*

/s/ Robert W. Ludwig
Robert W. Ludwig, #362526
rludwig@ludwigrobinson.com
LUDWIG & ROBINSON, PLLC
5335 Wisconsin Ave. NW, Suite 440
Washington, D.C. 20015
Tel: (202) 289-1800
Fax: (202) 289-1804

Janice Housey, #458981
jhousey@litmuslaw.com
LITMUS LAW PLLC
P.O. Box 777
Berryville, VA 22611
Tel: (703) 957-5274
Fax: (540) 518-9037

*Attorneys for Plaintiff
American University of Kuwait*

**SO ORDERED**.

Dated: _____  _____
                              The Honorable Ana C. Reyes
                              United States District Judge